### 8966. FULFORD *et al. v.* DOWNS.

JENKINS, J. The motion for a new trial embraced only the general grounds. There was some evidence to authorize the verdict, which has the approval of the trial judge, and this court is without authority to set the verdict aside.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED FEBRUARY 7, 1918.

Complaint; from city court of Wrightsville—Judge Blount. May 16, 1917.

*W. C. Brinson, Moye & Shurling,* for plaintiffs in error.